UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 22-5625

DAYCAB COMPANY, INC.,

    Plaintiff - Appellant,

v.

PRAIRIE TECHNOLOGY, LLC; BIG TRUCK PARTS, LLC; WILLIAM R. OSMAN; WANDA OSMAN,

    Defendants - Appellees.

**FILED**
May 11, 2023
DEBORAH S. HUNT, Clerk

Before: MOORE, CLAY, and STRANCH, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Tennessee at Knoxville.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED IN PART, REVERSED IN PART, and REMANDED for further proceedings consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk